PER CURIAM.

(No. 75-CC-126—

R. W. BRADLEY SUPPLY CO., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 26, 1974.*

DANIEL C. CHAPIN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.